PER CURIAM.
Affirmed. See State v. Suarez, 510 So.2d 643 (Fla. 2d DCA 1987); Fairweather v. State, 505 So.2d 653 (Fla. 2d DCA 1987); Madden v. State, 499 So.2d 63 (Fla. 5th DCA 1986); Lecoin v. State, 418 So.2d 336 (Fla. 3d DCA 1982); Stell v. State, 366 So.2d 825 (Fla. 4th DCA 1979); State v. Reasbeck, 359 So.2d 564 (Fla. 4th DCA 1978); Gomien v. State, 172 So.2d 511 (Fla. 3d DCA 1965).